ALAN L. ROSEN, BAR#67328
LAW OFFICES OF ROSEN AND LOEB
16000 VENTURA BLVD., SUITE 1150
ENCINO, CA 91436
818-907-5866    818-461-5959 (FAX)
Attorney for Plaintiff

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TOP RANK, INC.

        Plaintiff,

vs.

ELENA CARRERA, et al.,

        Defendant

Case No.: 3:96-CV-01928-MHP

ORDER RE: REQUEST FOR ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER

## ORDER

Having read and considered the foregoing application and good cause appearing therefore,

**IT IS ORDERED, ADJUDGED AND DECREED:**

**REZAK MEYER ATTORNEY SERVICE**, is authorized to serve legal process in this matter including Writs of Execution. The U.S. Marshal's Service shall remain the Levying Officer.

Dated: MAY 6, 2014.

**UNITED STATES DISTRICT JUDGE**
WILLIAM ALSUP

- 1 -

ORDER